No. 05–6577.  EDWARDS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 05–6578.  EDMONDSON *v.* UNITED STATES; GUIDO-CRUZ *v.* UNITED STATES; MARTINEZ-FABELLA *v.* UNITED STATES; and PONCE-VELARDE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–6580.  COOK *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–6581.  SALVADOR CHAVEZ *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–6582.  PHILLIPS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 05–6586.  WILLIAMS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 05–6588.  ARRIYAGA-PEREZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–6589.  FOBBS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–6590.  HACKWORTH *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 05–6591.  CASTILLO-CUEVAS, AKA CASTILLO, AKA LOPEZ, AKA CUEVAS, AKA CUEVA *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 05–6595.  MONTANA *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.